## IN THE MATTER OF ALEXIS RÉAUME

JOURNAL ENTRIES (1814): *Journal 2:* (1) Respondent instructed, committed to custody *p. 424; (2) respondent sworn to give evidence *p. 432; (3) respondent interrogated, discharged *p. 434.
PAPERS IN FILE: [None]

## RICHARD SMYTH, COLLECTOR, *versus* HENRY HUDSON

JOURNAL ENTRIES (1814–15): *Journal 2:* (1) Continued *p. 425; (2) continued *p. 440; (3) declaration filed, rule to plead *p. 458.
PAPERS IN FILE: (1) Capias and return; (2) declaration.
*Office Docket*, MS p. 1, c. 1.

## RICHARD SMYTH, COLLECTOR, *versus* DANIEL TAYLOR

JOURNAL ENTRIES (1814–19): *Journal 2:* (1) Continued *p. 425; (2) continued *p. 440; (3) discontinued *p. 669.
PAPERS IN FILE: [None]
*Office Docket*, MS p. 3, c. 9.